UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 ANN MARIE SHAFFER,

Defendant.
_____/

Case:2:13-cr-20943
Judge: Murphy, Stephen J.
MJ: Whalen, R. Steven
Filed: 12-18-2013 At 03:22 PM
INFO USA V ANN MARIE SHAFFER (EB)

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
### (29 U.S.C. § 501(c) - *EMBEZZLEMENT AND THEFT OF LABOR UNION ASSETS*)

**D-1 ANN MARIE SHAFFER**

From on or about September 2008 through on or about September 2010 in the Eastern District of Michigan, Southern Division, the Defendant, Ann Marie Shaffer, while acting as Dues Clerk of International Brotherhood of Electrical Workers, Local 58, a labor organization engaged in an industry affecting interstate commerce, did engage in an ongoing scheme where she embezzled, stole and unlawfully and willfully abstracted and converted to her own use or the use of another the moneys,

funds, securities, property, or other assets of said labor organization in the approximate amount of $101,059.56, by embezzling Union Members cash payments by utilizing a check substitution scheme involving said Union's bank account, and used the funds to pay her personal expenses.

All in violation of Title 29, United States Code, Section 501(c)

**BARBARA L. McQUADE**
United States Attorney

s/Ross MacKenzie
**ROSS MACKENZIE**
Assistant United States Attorney
Chief, Complex Crimes Unit

s/Graham L. Teall
**GRAHAM L. TEALL**
Assistant United States Attorney

Dated: December 18, 2013

ORIGINAL

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:13-cr-20943<br>Judge: Murphy, Stephen J.<br>MJ: Whalen, R. Steven<br>Filed: 12-18-2013 At 03:22 PM<br>INFO USA V ANN MARIE SHAFFER (EB) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to cor

## Reassignment/Recusal Information This matter was opened in the USAO prior to August 15, 2008 [ ]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☒ No | AUSA's Initials: |

**Case Title:** USA v. Ann Marie Shaffer

**County where offense occurred:** Wayne County, MI

**Check One:** ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ____ ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** ____   **Judge:** ____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

December 18, 2013
Date

/s/ Graham L. Teall
Graham L. Teall
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9118
Fax:   (313) 226-0816
E-Mail address: graham.teall@usdoj.gov
Attorney Bar #: P40645

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated. 04/13